No. 312. DOUGLAS *v.* NEW YORK, NEW HAVEN AND HARTFORD R. R. Co. October 15, 1928. Petition for writ of certiorari to the Supreme Court of the State of New York granted. *Mr. Thomas J. O'Neill* for petitioner. *Mr. John M. Gibbons* for respondent.

No. 414. LOUISVILLE & NASHVILLE R. R. Co. *v.* CHATTERS; and

No. 415. SOUTHERN RAILWAY Co. ET AL. *v.* CHATTERS. October 15, 1928. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Harry McCall, A. M. Warren, George Denegre, Victor Leovy, Henry H. Chaffe,* and *James Hy. Bruns* for petitioner in No. 414. *Messrs. H. O'B. Cooper, J. Blanc Monroe, Monte M. Lemann, Walter J. Suthon, Jr., L. E. Jeffries,* and *S. R. Prince,* for petitioners in No. 415. *Messrs. George Piazza* and *St. Clair Adams* for respondent.

No. 455. NEW YORK CENTRAL R. R. Co. *v.* JOHNSON; and

No. 456. NEW YORK CENTRAL R. R. Co. *v.* JOHNSON. October 15, 1928. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted, but the argument is to be limited to the question whether the alleged misconduct of counsel for the plaintiffs in their arguments to the jury was so unfairly prejudicial to the defendant as to justify a new trial. *Messrs. Sidney C. Murray* and *Albert S. Marley* for petitioner. *Messrs. John H. Atwood, Oscar S. Hill,* and *Price Wickersham* for respondents.